HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR14-5526BHS |
| v. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND APPOINTING NEW COUNSEL |
| MANISELA VINCENT PRESCOTT, | |
| Defendant. | |

Upon reviewing the motion and declaration of defense counsel, Allen R. Bentley, seeking permission to withdraw, the court has concluded that the motion is meritorious and should be granted; therefore, it is hereby ORDERED as follows:

1. Allen R. Bentley is permitted to withdraw as counsel of record for Manisela Vincent Prescott;

2. The Criminal Justice Act Section of the Federal Public Defenders Office is directed to appoint new counsel for Mr. Prescott; and

3. Upon the appointment of new counsel, Allen R. Bentley shall have no further responsibility for representation of Manisela Vincent Prescott in connection with this matter.

DONE this 15 day of June, 2015.

HON. BENJAMIN H. SETTLE
United States District Judge

[     ] ORDER GRANTING
DEFENSE COUNSEL'S MOTION FOR
LEAVE TO WITHDRAW AS COUNSEL - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

1 | Presented by:
2 |
3 | /s/ Allen R. Bentley
  | ALLEN R. BENTLEY
  | WSBA No. 12275
4 | Law Offices of Allen R. Bentley
  | 1111 Third Avenue
5 | Seattle, WA 98101
  | Telephone: (206) 343-9391
6 | Fax: (206) 682-3746
  | Email: abentley@concentric.net
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 | [......] ORDER GRANTING
  | DEFENSE COUNSEL'S MOTION FOR
  | LEAVE TO WITHDRAW AS COUNSEL - 2
26 |

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391